■ LEE ODELL REAL ESTATE, INC., Respondent, v SANFORD SIRULNICK, Appellant. (Action No. 1.) JONSIR REALTY, L. L. C., et al., Appellants, v. LEE ODELL REAL ESTATE, INC., Respondent. (Action No. 2.) [682 NYS2d 578] —Order and judgment, Supreme Court, New York County (Lewis Friedman, J.), entered February 17, 1998 and February 20, 1998, respectively, unanimously affirmed for the reasons stated by Friedman, J., with costs and

disbursements. No opinion. Concur—Sullivan, J. P., Lerner, Mazzarelli and Saxe, JJ.